UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:97-00147 |
| | ) | SENIOR JUDGE NIXON |
| TONY ST. CLAIR | ) | |

## AGREED ORDER

This cause came to be heard on October 12, 2016, upon the Petition for Warrant or Summons for Offender Under Supervision (D.E. 91). The defendant, Tony St. Clair, admitted that he has violated the conditions of supervision as alleged. Specifically, Tony St. Clair pled guilty to the following violations:

Violation No. 1: The defendant shall not commit another federal, state, or local crime;

Violation No. 2: The defendant shall submit to substance abuse treatment at the direction of the probation officer which may include random testing;

Violation No. 3: The defendant shall refrain from any unlawful use of a controlled substance.

The Court finds Tony St. Clair has violated the terms of supervised release as alleged, and pursuant to the recommendation of the parties, the Court hereby orders that Tony St. Clair be sentenced to a term of fourteen (14) days imprisonment, with no supervision to follow.

Mr. St. Clair shall report to the U.S. Marshal's Service on November 21, 2016, for service of the sentence.

IT IS SO ORDERED this 10th day of November, 2016.

_____
JOHN T. NIXON
United States District Court Senior Judge


APPROVED FOR ENTRY:

s/ Mariah A. Wooten
_____
MARIAH A. WOOTEN (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047


s/ Ahmed A. Safeeullah
_____
AHMED A. SAFEEULLAH
Assistant United States Attorney
110 9th Avenue North, Suite A961
Nashville, TN 37203
(615) 736-5151